IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CLIFFORD LEE GOULSBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 21-CV-0289-GKF-SH |
| | ) | |
| JANET DOWLING, Warden, | ) | |
| RANDY HARDING, Deputy Warden, | ) | |
| AARON PERUSKIE, Chief of Security, | ) | |
| THOMAS PRYOR, Shift Lieutenant, | ) | |
| TYLER MCINTURF, Correctional Officer, | ) | |
| BRIAN PLOOSTER, Correctional Officer, | ) | |
| SCOTT CROW, Director, Oklahoma | ) | |
| Department of Corrections, and | ) | |
| TAMMY WERNER, Shift Lieutenant, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

This civil rights action came before the Court on the motion to dismiss filed by Defendant Scott Crow (Dkt. 23) and the motion to dismiss filed by Defendants Tammy Werner, Janet Dowling, Tyler McInturf, and Thomas Pryor (Dkt. 27). In an opinion and order filed contemporaneously herewith, the Court granted both motions and dismissed Plaintiff Clifford Lee Goulsby's amended complaint (Dkt. 7), as to all Defendants and claims, for failure to state any claims on which relief may be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of Defendants and against Plaintiff.

**DATED** this 23rd day of September, 2022.

GREGORY K. FRIZZELL
UNITED STATES DISTRICT JUDGE